UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

Eastern District of Kentucky
**FILED**
MAY 09 2006
AT FRANKFORT
LESLIE G WHITMER
CLERK U S DISTRICT COURT

| | |
|---|---|
| Commonwealth of Kentucky<br>Office of the Attorney General<br><br>PETITIONER<br><br>vs.<br><br>Commonwealth of Kentucky<br>State Board of Elections<br>And<br>Secretary of State<br><br>RESPONDENTS | Civil Action No. 06-CI-610<br>Removed from<br>Franklin Circuit Court<br>Division No. 2<br><br>3:06-CV-27-KKC |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1331, 1441, and 1446, the Respondents, Trey Grayson in his official capacity as Secretary of State for the Commonwealth of Kentucky ("Secretary of State" or "Secretary") and the State Board of Elections ("SBE"), file this Notice of Removal of the above referenced action from the Franklin Circuit Court, Frankfort, Kentucky, to the United States District Court for the Eastern District of Kentucky, Frankfort Division. The grounds for removal are as follows:

1. On May 5, 2006, Petitioner, Gregory D. Stumbo, Attorney General for the Commonwealth of Kentucky, filed a Petition for Declaration of Rights and Injunctive Relief ("Petition") and Motion for Emergency and Injunctive Relief in Franklin Circuit Court, Civil Action No. 06-CI-610. On May 9, 2006, the Respondents filed an Answer to the Petition in

1

Franklin Circuit Court. Copies of all available process and pleadings in said action are attached hereto as Exhibit "A" in accordance with 28 U.S.C. §1446(a) as amended by the Judicial Improvement and Access to Justice Act, Pub. L. 100-702 (H.R. 4807) §10116 at 102 Stat. 4642, 4669-70 (Nov. 1988).

2. The Petition was served upon the Respondents on or about May 5, 2006.

3. The Petition arises out of claim by the Petitioner that the Respondents allegedly violated KRS 116.112(6) by canceling the registrations of ineligible voters from the Kentucky Voter Registration Database on April 10 and 11, 2006, within 90 days of the primary election day on May 16, 2006.

4. The Petitioner relies on federal law in paragraph 20 of the Petition to support his conclusion.

5. The Petitioner invokes federal law in his Memorandum in Support of his Motion for Emergency and Injunctive Relief by referring to the National Voter Registration Act ("NVRA") and federal case law construing the NVRA. [Memorandum in Support at 6].

6. The Petitioner's claims are completely preempted pursuant to 42 U.S.C. §1973gg-6, the NVRA, and the Supremacy Clause of the United States Constitution. On May 16, 2006, the Commonwealth of Kentucky will hold a federal primary election. As such, the Petitioner's claims are necessarily based on federal law. See Association of Community Organizations for Reform Now v. Miller, 912 F. Supp. 976 (W.D. Mich 1995) *affirmed by* 912 F.3d 833 (6th Circ. 1997).

7. The United States District Court for the Eastern District of Kentucky has original jurisdiction under the provisions of 28 U.S.C. §1331, and this action may be removed to this

Court pursuant to the provisions of 28 U.S.C. §1441(a) because this action falls under the original jurisdiction of this court arising under the NVRA, 42 U.S.C. §1973gg-6.

8.  This Notice of Removal is filed within thirty (30) days after the Respondents became aware of the removability of this case as required by 28 U.S.C. §1446(b). A Notice of Filing of the Notice of Removal is being filed with the Franklin Circuit Court in accordance with 28 U.S.C. §1446.

9.  The necessary filing fees have been paid simultaneously with the filing of this Notice of Removal.

WHEREFORE, the Respondents, the Secretary of State for the Commonwealth of Kentucky and the Kentucky State Board of Elections, pray this Court to consider this Notice of Removal as provided by law governing removal of cases to this Court and that this Court enter the appropriate orders to affect the removal of this case from the Franklin Circuit Court to this Court.

Respectfully Submitted,

*/s/ Kathryn H. Dunnigan*
KATHRYN H. DUNNIGAN
General Counsel
Kentucky State Board of Elections
140 Walnut Street
Frankfort, KY 40601
(502) 573-7100
(502) 573-4369 facsimile
COUNSEL FOR RESPONDENTS,
SECRETARY OF STATE AND
STATE BOARD OF ELECTIONS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Removal has been served upon the following via hand-delivery on this the 9th day of May 2006:

HON GREGORY D. STUMBO
ATTORNEY GENERAL
HON ROBERT S. JONES
HON JENNIFER BLACK HANS
ASSISTANT ATTORNEYS GENERAL
700 CAPITOL AVENUE, SUITE 118
FRANKFORT, KENTUCKY 40601

Kathryn H. Dunnigan