(EDKy-111)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

CIVIL MINUTES-GENERAL

FRANKFORT                                                    5/11/2006
                                                              (Date)

Case No. 06-27     At FRANKFORT

Style: COMMONWEALTH OF KENTUCKY, OFFICE OF THE ATTORNEY GENERAL vs.
       COMMONWEALTH OF KENTUCKY, STATE BOARD OF ELECTIONS, et al

DOCKET ENTRY:

Eastern District of Kentucky
**FILED**
MAY 11 2006
AT FRANKFORT
LESLIE G WHITMER
CLERK U S DISTRICT COURT

PRESENT:
    HON. *Karen Caldwell*, JUDGE
         KAREN K. CALDWELL

         C. Dearborn                Rhonda Sansom
         Courtroom Deputy           Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

Jennifer Black Hans                  Kathryn Holland Dunnigan
Robert S. Jones                      Julius Rather, counsel for movant


PROCEEDINGS: MOTION HEARING

    This matter was called for proceeding with counsel present as noted.  The
Court having heard counsel and being duly advised,

    **ORDERS** herein as follows:

    For reasons stated on the record, the defendant's motion to remand [4] is
    **GRANTED**, instant action is remanded to Franklin Circuit Court for all
    further proceedings and this matter is stricken from the Court's active
    docket.


Copies:   COR
                                        Initials of Deputy Clerk cbd
TIC: 0 hrs. 31 min.